## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROOSEVELT FATUNA SIFFORD,**

   **Plaintiff,**

**v.**                                                    **Case No. 4:21-cv-462-AW-MAF**

**SERGEANT SHEER, et al.,**

   **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's November 22, 2021 Report and Recommendation, ECF No. 4, to which no objections have been filed. I agree with the magistrate judge that transfer is appropriate, and Plaintiff has not contended otherwise.

The Report and Recommendation (ECF No. 4) is now adopted and incorporated into this order. The clerk will take appropriate steps to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk will then close the file.

SO ORDERED on December 28, 2021.

s/ *Allen Winsor*　　　　　　　　
United States District Judge